| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **John** First Name | **Eric** Middle Name | **Knieriemen** Last Name |
| Debtor 2 (Spouse if, filing) | **Hollie** First Name | **Marie** Middle Name | **Knieriemen** Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2008 CHEVROLET TRAILBLAZER 64,000 miles Location: 19818 Electra, Clinton Township MI 48035** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2015 CHEVROLET SILVERADO LEASED** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Credit Union One**<br><br>Description of property: **2006 SEA SWIRL BOAT Location: 19818 Electra, Clinton** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **John Eric Knieriemen** | | |
| Debtor 2 | **Hollie Marie Knieriemen** | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| property securing debt: | **Township MI 48035** | ☐ Retain the property and [explain]: _____ | |
| Creditor's name: | **Fifth Third Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Pay and Stay** | ☐ No<br>■ Yes |
| Description of property securing debt: | **19818 Electra Clinton Township, MI 48035 Macomb County** | | |
| Creditor's name: | **Fifth Third Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Pay and Stay** | ☐ No<br>■ Yes |
| Description of property securing debt: | **19818 Electra Clinton Township, MI 48035 Macomb County** | | |
| Creditor's name: | **Lake Trust Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ■ No<br>☐ Yes |
| Description of property securing debt: | **2014 STORM MOTOR HOME Location: 19818 Electra, Clinton Township MI 48035** | | |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Ally Financial** | ☐ No<br>■ Yes |
| Description of leased Property: | **LEASED 2015 SILVERADO - EXPIRES 9-2017** | |
| Lessor's name: | **Jeffrey Van Pelt** | ☐ No<br>■ Yes |
| Description of leased Property: | **WIFE'S RENTAL LEASE AGREEMENT - EXPIRES IN 10-2017** | |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ John Eric Knieriemen**        X **/s/ Hollie Marie Knieriemen**

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **John Eric Knieriemen** | |
|---|---|---|
| Debtor 2 | **Hollie Marie Knieriemen** | Case number *(if known)* |

| **John Eric Knieriemen** | **Hollie Marie Knieriemen** |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **November 18, 2016** | Date **November 18, 2016** |